UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:26-CR-1-D-BM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| BRANDON A. MCVICKERS | ) | |

The Grand Jury charges that:

## COUNT ONE

On or about February 27, 2025, in the Eastern District of North Carolina, the defendant, BRANDON A. MCVICKERS, did knowingly distribute any visual depiction, that is digital and computer images in files using any visual depiction, that is digital and computer images in files using any means or facility of interstate or foreign commerce by any means, including by computer. The production of the visual depictions involved the use of a minor engaging in sexual explicit conduct and were depictions of such conduct, in violation of Title 18, United States Code, Section 2252(a)(2) and (b).

## COUNT TWO

On or about January 16, 2025, in the Eastern District of North Carolina, the defendant, BRANDON A. MCVICKERS, did intentionally convey false and misleading information, to wit: that he possessed a gun in the bathroom at Green Tech High School and he was going to shoot people at the school, under circumstances

where such information may reasonably have been believed, that indicated that an activity was taking place that would constitute a violation of Title 18, United States Code, Section 922(q)(2)(A), Possession of a Firearm in a School Zone, in violation of Title 18, United States Code Section 1038(a)(1).

## COUNT THREE

On or about January 16, 2025, in the Eastern District of North Carolina, the defendant, BRANDON A. MCVICKERS, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person during and in relation to a felony violation enumerated in Title 18, United States Code Section 1028(c), to wit: the defendant, BRANDON A. MCVICKERS, transferred, possessed, and used the name X.J. in a hoax that he possessed a firearm in a school zone in violation of Title 18, United States Code Section 1038(a)(1), knowing that the means of identification belonged to another actual person, all in violation of Title 18, United States Code Section 1028A.

A TRUE BILL:

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal. _____

FOREPERSON

DATE: 6 JAN 2026

W. ELLIS BOYLE
United States Attorney

BY: LOGAN W. LILES
Assistant United States Attorney